UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RORY JAY MERCER and HUGH R. ROGERS and MITCHELL EDWARD PAYNE and BRYAN S. KALISHEK, for themselves and on behalf of others similarly situated,**

    Plaintiffs,

v.                                                                    Case No.  8:05-cv-1435-T-30TGW

**PALM HARBOR HOMES, INC.,**

    Defendant.
_____/

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on to be heard on the Stipulation for Final Judgment of Dismissal (Dkt. #23) filed by the parties.  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. This case is dismissed with prejudice.
2. Each party shall bear his or its own attorneys fees and costs.
3. All pending motions are denied as moot.
4. Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cv-1435.dismissal 23.frm